```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ISMAEL RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )    2:14-CR-0199 JAM
                               )
                    Plaintiff, )    STIPULATION AND ORDER
                               )    TO CONTINUE STATUS CONFERENCE
v.                             )
                               )
                               )
ISMAEL RAMIREZ,                )
                               )
                    Defendant. )
_____)
```

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Olusere Olowoyeye, and defendant, Ismael Ramirez, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 20, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to April 7, 2015 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is to allow time for the defense to complete investigation and other defense preparation.  The Court is advised that Mr. Olowoyeye concurs with this request and that he has authorized Ms. Radekin to sign this stipulation on his behalf.

1   The parties further agree and stipulate that the time period from the
2 filing of this stipulation until April 7, 2015 should be excluded in
3 computing time for commencement of trial under the Speedy Trial Act, based
4 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
5 Code T4, to allow reasonable time necessary for effective defense
6 preparation.  It is further agreed and stipulated that the ends of justice
7 served in granting the request outweigh the best interests of the public and
8 the defendant in a speedy trial.
9   Accordingly, the parties respectfully request the Court adopt this
10 proposed stipulation.
11 IT IS SO STIPULATED
12 Dated: January 14, 2015                BENJAMIN WAGNER
                                         United States Attorney
13
                                    By:  /s/ Olusere Olowoyeye
14                                       OLUSERE OLOWOYEYE
                                         Assistant United States Attorney
15
16 Dated: January 14, 2015                /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
17                                       Attorney for Defendant
                                         ISMAEL RAMIREZ
18

19
                                   ORDER
20
   For the reasons set forth in the accompanying stipulation and
21
declaration of counsel, the status conference date of January 20, 2015 at
22
9:30 a.m. is VACATED and the above-captioned matter is set for status
23
conference on April 7, 2015 at 9:30 a.m.  The Court finds excludable time in
24
this matter through April 7, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and
25
Local Code T4, to allow reasonable time necessary for effective defense
26
preparation.  For the reasons stipulated by the parties, the Court finds that
27
the interest of justice served by granting the request outweigh the best
28

Stipulation and Order - 2

interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 1/14/2015                    /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

Stipulation and Order - 3